UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                          Case No. 2:25-mj-86

            Plaintiff,                          Hon. Maarten Vermaat
                                   U.S. District Judge

    v.

ERIC SCOTT MAY,

            Defendant.

_____/

## ORDER FOR DETENTION

Defendant May appeared before the undersigned on November 10, 2025 for detention and preliminary hearings.  Defense counsel waived the preliminary hearing and reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.


Dated:  November 10, 2025           /s/ *Maarten Vermaat*
                                   MAARTEN VERMAAT
                                   U.S. MAGISTRATE JUDGE